IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CQB 2010 LLC,

     Appellant,

v.

NATIONSTAR MORTGAGE
LLC,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0241

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Duval County.
Charles O. Mitchell, Jr., Sr., Judge.

Alexandra M. Amador and Michael J. McCabe of McCabe Law Group, P.A.,
Ponte Vedra Beach, for Appellant.

Nancy M. Wallace and Diane G. DeWolf of Akerman LLP, Tallahassee, and
William P. Heller of Akerman LLP, Ft. Lauderdale, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and MAKAR, JJ., CONCUR.